

JURY NOTE #5
8/25/10

# **Verdict Sheet**

United States of America v. Patrick Murray
09 CR 162 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 25 2010 ★

**BROOKLYN OFFICE**

Count One        Conspiracy to Manufacture and Distribute Marijuana

Guilty __✓__        Not guilty _____

**Note: Answer the following question only if you have found the defendant guilty of Count One.**

Has the government proved beyond a reasonable doubt that the offense involved at least 100 marijuana plants?

Yes __✓__        No ____


Count Two        Manufacturing Marijuana

Guilty __✓__        Not guilty _____

**Note: Answer the following question only if you have found the defendant guilty of Count Two.**

Has the government proved beyond a reasonable doubt that the offense involved at least 100 marijuana plants?

Yes __✓__        No ____

**Note: You will consider Counts Three and Four only if you have already found the defendant guilty of Count Two.**

Count Three          Manufacturing Marijuana Near an Elementary School

Guilty ✓          Not guilty _____

**Note: Answer the following question only if you have found the defendant guilty of Count Three.**

Has the government proved beyond a reasonable doubt that the offense involved at least 100 marijuana plants?

Yes ✓          No _____

Count Four          Endangering Human Life While Manufacturing Marijuana

Guilty ✓          Not guilty _____

Dated: Brooklyn, New York
August 25, 2010

_/s/ Melanie Eisenberg_
Foreperson